| | | | | |
|---|---|---|---|---|
| J.H. v. State | 46A03–1604–JV–945 | 11/29/2016 | BAILEY, J.<br>NAJAM, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Lee v. State | 10A04–1505–PC–525 | 11/29/2016 | RILEY, J.<br>BAILEY, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Bell v. Bell | 89A01–1607–DR–1594 | 11/29/2016 | BAILEY, J.<br>NAJAM, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Elzey v. State | 35A02–1604–CR–783 | 11/30/2016 | ROBB, J.<br>MATHIAS, J.<br>BROWN, | Affirmed<br>Concurs<br>Concurs |
| Clemons v. State | 66A05–1604–CR–770 | 11/30/2016 | KIRSCH, J.<br><br><br><br>MAY, J.<br>CRONE, J. | Affirmed in part, Reversed in part, and Remanded<br>Concurs<br>Concurs |
| Dugonjic v. State | 29A02–1512–CR–2281 | 11/30/2016 | CRONE, J.<br>KIRSCH, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Brown v. State | 49A02–1604–CR–738 | 11/30/2016 | KIRSCH, J.<br>MAY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Wynne v. State | 41A02–1602–CR–307 | 11/30/2016 | VAIDIK, C.J.<br>BAKER, J.<br>NAJAM, J. | Affirmed<br>Concurs<br>Concurs |
| J.P., In re | 49A02–1605–JT–1029 | 11/30/2016 | VAIDIK, C.J.<br>BAKER, J.<br>NAJAM, J. | Affirmed<br>Concurs<br>Concurs |
| Shrum v. State | 49A05–1604–CR–829 | 11/30/2016 | ALTICE, J.<br>BRADFORD, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Clark v. State | 25A05–1606–CR–1454 | 11/30/2016 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |